No. 412. JOHN GOOCH, JR. *v.* OREGON SHORT LINE RAILROAD COMPANY. October 11, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. J. H. Peterson* for petitioner. *Mr. George H. Smith* for respondent.

No. 462. UNITED STATES *v.* M. RICE & COMPANY ET AL. October 11, 1920. Petition for a writ of certiorari to the United States Court of Customs Appeals granted. *The Solicitor General* and *Mr. Assistant Attorney General Hanson* for the United States. *Mr. J. Stuart Tompkins* for respondents.

No. 467. WHITE OAK TRANSPORTATION COMPANY *v.* BOSTON, CAPE COD & NEW YORK CANAL COMPANY. October 11, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. Edward E. Blodgett* for petitioner. *Mr. Samuel Park, Mr. William R. Sears* and *Mr. Thomas H. Mahoney* for respondent.